# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MISSOURI BROADCASTERS ASSOCIATION, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 13-CV-04034-FJG |
| v. | ) ) |
| LAFAYETTE E. LACY, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

The undersigned recuses himself in this matter. Therefore, the Clerk's Office is directed to transfer this case to a judge in the Central Division draw.

**IT IS SO ORDERED.**

Date:  March 24, 2017  
Kansas City, Missouri

**/S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge