# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| MISSOURI BROADCASTERS ASSOCIATION, et al., ) ) ) | |
| Plaintiffs, ) ) | Case No. 13-CV-04034-C |
| v. ) ) | |
| LAFAYETTE E. LACY, et al., ) ) | |
| Defendants. ) | |

## ORDER

The undersigned recuses himself from the above-captioned case. The Clerk of Court is directed to reassign this case to another judge for all further proceedings.

IT IS SO ORDERED.

Date: March 27, 2017 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge