IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MISSOURI BROADCASTERS ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DOROTHY TAYLOR, et al. | ) ) ) | Case No. 2:13-CV-04034-MDH |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Dorothy Taylor and Joshua Hawley, the Defendants in the above-named case, hereby appeal to the Eighth Circuit from the permanent injunction order entered in this action on June 28, 2018 (Ct. Doc. 136), and from the June 28, 2018, judgment entered by the district court clerk (Ct. Doc. 137).

Respectfully submitted,

**JOSHUA HAWLEY**
Attorney General

*/s/ Emily A. Dodge*
Emily A. Dodge
Assistant Attorney General
Missouri Bar No. 53914

P.O. Box 899
Jefferson City, MO 65102
Phone 573-751-9167
Fax   573-751-9456

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF electronic notification system which sent notification of such filing to the following:

Mark S. Sableman
Michael L. Nepple
Thompson Coburn LLP
One US Bank Plaza, Suite 2700
St. Louis, MO 63101

*/s/ Emily A. Dodge*
Assistant Attorney General