Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: **Missouri Broadcasters Association et al., v. Dorothy Taylor, et al.** | Case No. **13-4034-CV-C-MDH** |
| Appellant:<br>Dorothy Taylor & Joshua Hawley | Appellee:<br>Missouri Broadcasters Association, et al. |
| Appellant's Attorney(s):<br>Emily A. Dodge<br>Missouri Attorney General's Office<br>P.O. Box 899<br>Jefferson City, MO  65102<br>573-751-7344 | Appellee's Attorney(s):<br>Michael Nepple & Mark Sableman<br>Thompson Coburn LLP<br>One US Bank Plaza, Suite 2700<br>St. Louis, MO  63101<br>573-552-6149 |
| Court Reporter(s):<br><br>Jeanine Rankin<br>222 N. John Q Hammons Parkway, Suite 3100<br>Springfield, MO  65806<br>417-225-7713 | Please return files and documents to:<br><br>**United States District Court**<br>**Clerk's Office**<br>**80 Lafayette Street**<br>**Jefferson City, MO  65101**<br><br>Contact Person for Appeal:<br>Jeri Russel |

| | | | |
|---|---|---|---|
| Length of Trial:  Bench – 2 days | Fee:  $505 pd 7/27/18 | IFP:  No | Pending IFP Motion?  No |
| Counsel: | Pending Motions?  Yes – 7/27/18 mt for atty fees | Local Interest? No | Simultaneous Release? No |

**Criminal Cases / Prisoner Pro Se Cases Only: N/A**

| **Defendant Incarcerated?** | **Where?** | **Multiple Defendants? If so, please list**<br>No |
|---|---|---|

**Special Comments:**