IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MISSOURI BROADCASTERS ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DOROTHY TAYLOR , et al., | ) ) ) ) | Case No. 2:13-CV-04034-CV-MDH |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

Defendants, by and through counsel, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court for an extension of time in which to file a response/objections to Plaintiffs' motion for attorneys' fees (Ct. Doc. 140, with exhibits) and to Plaintiffs' Suggestions Supporting Their Petition for Attorneys' Fees and Expenses (Ct. Doc. 141). Defendants' response is currently due on August 10. Defendants' counsel respectfully requests an extension of time through Wednesday, August 22, in which to file Defendants' response.

The undersigned counsel needs additional time to respond to Plaintiffs' Petition for Attorneys' Fees and Expenses, and supporting suggestions, because she will be on vacation from August 6 through 13, and due to her

responsibilities in other matters, including preparation of suggestions opposing the plaintiffs' motion for summary judgment in another case that are due on August 3.

Defendants' counsel contacted Plaintiffs' counsel Mark Sableman concerning this request. Mr. Sableman, who also has an upcoming vacation, has no objection to the requested extension. Defendants' counsel has no objection to any extension that Plaintiffs need in order to file their reply.

WHEREFORE, Defendants respectfully request that the Court permit them to file a response/objections to Plaintiffs' Petition for Attorneys' Fees and Expenses, and supporting suggestions, on August 22, 2018.

Respectfully submitted,

**JOSHUA HAWLEY**
Attorney General

*/s/ Emily A. Dodge*
Emily A. Dodge
Assistant Attorney General
Missouri Bar No. 53914
P.O. Box 899
Jefferson City, MO 65102
Phone 573-751-9167
Fax  573-751-9456

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2018, electronically filed the forgoing with the Clerk of the Court using the CM/ECF electronic notification system which sent notification of such filing to the following:

Mark S. Sableman
Michael L. Nepple
Thompson Coburn LLP
One US Bank Plaza, Suite 2700
St. Louis, MO 63101

*/s/ Emily A. Dodge*
Assistant Attorney General
